**WO**  JKM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George John Szkup,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>    Defendants. | No. CV 05-2523-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Request for Withdrawal of Complaint (Doc. #25). No answer or motion for summary judgment has been filed by Defendants. Plaintiff's Motion for Withdrawal of Complaint will, therefore, be treated as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. See Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) ("a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment").

**IT IS ORDERED** that the reference of this case to the Magistrate Judge is **withdrawn**.

//

//

//

1   **IT IS FURTHER ORDERED** that Plaintiff's Request for Withdrawal of Complaint
2   (Doc. #25) is treated as a notice of dismissal pursuant to Rule 41(a)(1) of the Federal Rules
3   of Civil Procedure, the Complaint and this action are **dismissed** without prejudice. All other
4   pending motions are **denied** as moot.

5   DATED this 14th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge